**1513 KENNEDY (Co. Audr.) vs. GIES (Co. Treas., Wayne), 25 M., 82.**

To compel payment of a warrant drawn by the county audi-

tors for the sum of $50 in favor of a member of the board for services.

Denied April 30, 1872, with costs.

Held, that the Act of April 12, 1871, Session Laws, Vol. III, pp. 155-6, which fixed the salary of the auditors and declared that the sum so fixed "shall be in full for all services and expenses and traveling fees in attending upon the duties of his office" is valid, and limited the amount to which relator is entitled.